AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Lastreto II, Rene | U.S. Bankruptcy Court Eastern District of California | 03/06/2017 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge-Full Time | ☐ Nomination    Date <br> ☐ Initial    ☑ Annual    ☐ Final <br> 5b. ☐ Amended Report | 01/01/2016 to 12/31/2016 |

**7. Chambers or Office Address**

Robert E. Coyle United States Courthouse
2500 Tulare St., Suite 2501
Fresno, CA 93721

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member of Board of Directors | Bullard Meadows HOA |
| 2. | Ex Officio Member Board of Directors | San Joaquin Valley Federal Bar Association |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2015 | Deferred Compensation Agreement with Lang, Richert & Patch (no control). See note in Part VIII |
| 2. | 2015 | Repayment of Deferred Salary from Lang, Richert & Patch(no control). See note in Part VIII. |
| 3. | 2015 | Redemption of Lang, Richert & Patch stock payable now. See note in Part VIII |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 03/06/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2016 | Deferred compensation from Lang, Richert & Patch (former employer) | $14,000.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Special Asset Managers Association | 06/02/2016 | San Diego, CA | Faculty Member on Agriculture Law Panel | Lodging Reimbursement |
| 2. | National Conference of Bankruptcy Judges | 10/26/2016-10/29/2016 | San Francisco, CA | Committee work (Newsletter) | Travel Reimbursement |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Lastreto II, Rene** | 03/06/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Lang, Richert & Patch Stock | | None | | | Redeemed | 09/15/16 | J | | See note in Part VIII |
| 2. Bank of the West-accounts | A | Interest | M | T | | | | | |
| 3. Lincoln Annuity-variable | | | | | | | | | |
| 4. --LVIP Global Growth Alloocation Managed Risk Fund | B | Dividend | L | T | | | | | |
| 5. Franklin Income Fund-"A" | A | Dividend | J | T | | | | | |
| 6. IRA # 1 | | | | | | | | | |
| 7. --FMC Corp (common) | A | Dividend | K | T | | | | | |
| 8. --Smart & Final Stores (common) | | None | J | T | | | | | |
| 9. --Goldman Sachs Bank USA(cash) X | | None | J | T | | | | | |
| 10. Principal Universal Life Insurance | A | Dividend | J | T | | | | | |
| 11. Lang, Richert & Patch 401K | | | | | | | | | |
| 12. --FMT/First Eagle Gold Fund | | None | | | Sold | 01/05/16 | J | A | |
| 13. --FMT/SPDR Health Care Sector ETF | | None | | | Sold | 01/05/16 | K | A | |
| 14. --FMT/Vanguard Wellesley Income | | None | | | Sold | 01/05/16 | K | B | |
| 15. --FMT Large Cap Intrinsic Value(MetWest) | | None | | | Sold | 01/05/16 | M | D | |
| 16. --FMT/Meridian Growth | | None | | | Sold | 01/05/16 | K | A | |
| 17. --FMT/American Funds Growth Fund of America | | None | | | Sold | 01/05/16 | M | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  --FMT/American Funds Europacific | | None | | | Sold | 01/05/16 | L | B | |
| 19.  --FMT/Vanguard Selected Value | | None | | | Sold | 01/05/16 | K | B | |
| 20.  --FMT/Vanguard Total Bond Market Index | | None | | | Sold | 01/05/16 | L | A | |
| 21.  --FMT/Vanguard GNMA | | None | | | Sold | 01/05/16 | L | A | |
| 22.  --FMT/Vanguard Inflation Protected Security | | None | | | Sold | 01/05/16 | K | A | |
| 23.  --FMT/Vanguard GNMA | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 24.  --FMT US Inflation Protected Securities | | None | J | T | Buy | 11/16/16 | J | | |
| 25.  --FMT US Bond Market Index | | None | J | T | Buy | 11/16/16 | J | | |
| 26.  --FMT/Vanguard Wellesley Income | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 27.  --FMT Large Cap Intrinsic Value (WellsCap) | | None | J | T | Buy | 11/16/16 | J | | |
| 28.  --FMT/American Funds Growth Fund of America | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 29.  --FMT Mid Cap Diversified Value | | None | J | T | Buy | 11/16/16 | J | | |
| 30.  --FMT US Mid Cap Growth Index | | None | J | T | Buy | 11/16/16 | J | | |
| 31.  --FMT/American Funds Europacific | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 32.  --FMT/First Eagle Gold Fund | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 33.  --FMT/SPDR Health Care Sector ETF | | None | J | T | Buy (add'l) | 11/16/16 | J | | |
| 34.  IRA #2 | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. --Am. Funds Capital Income Builder-A | A | Dividend | K | T | | | | | |
| 36. --Am. Funds Capital World Growth & Income Fund-A | A | Dividend | K | T | | | | | |
| 37. --Am. Funds Growth Fund of America | A | Dividend | K | T | | | | | |
| 38. Rollover IRA | | | | | | | | | |
| 39. --Blackrock Global Allocation CL A | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 40. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 41. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 42. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 43. --American Europacific Growth Class F1 | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 44. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 45. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 46. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 47. --Fidelity Contrafund | A | Dividend | K | T | Buy | 01/06/16 | J | | |
| 48. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 49. | | | | | Buy (add'l) | 03/30/16 | J | | |
| 50. | | | | | Buy (add'l) | 04/28/16 | J | | |
| 51. --Harbor Capital Appreciation INSTL | A | Dividend | L | T | Buy | 01/06/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 03/01/16 | K | | |
| 53. | | | | | Buy (add'l) | 03/30/16 | K | | |
| 54. | | | | | Buy (add'l) | 04/28/16 | K | | |
| 55.   --IShares Russell Midcap Growth | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 56. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 57. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 58. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 59.   --MFS Value Class A | B | Dividend | M | T | Buy | 01/08/16 | K | | |
| 60. | | | | | Buy (add'l) | 03/03/16 | K | | |
| 61. | | | | | Buy (add'l) | 04/01/16 | K | | |
| 62. | | | | | Buy (add'l) | 05/02/16 | K | | |
| 63.   --Metropolitan West Total Return Class I | B | Dividend | M | T | Buy | 01/06/16 | K | | |
| 64. | | | | | Buy (add'l) | 03/01/16 | K | | |
| 65. | | | | | Buy (add'l) | 03/30/16 | K | | |
| 66. | | | | | Buy (add'l) | 04/28/16 | K | | |
| 67.   --American Smallcap World Class F1 | A | Dividend | K | T | Buy | 01/08/16 | J | | |
| 68. | | | | | Buy (add'l) | 03/03/16 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 03/06/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 70. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 71. --Templeton Global Bond Advisor Class | B | Dividend | L | T | Buy | 01/08/16 | J | | |
| 72. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 73. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 74. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 75. --Thornburg LTD Term Income Class 1 | B | Dividend | L | T | Buy | 01/08/16 | J | | |
| 76. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 77. | | | | | Buy (add'l) | 04/01/16 | K | | |
| 78. | | | | | Buy (add'l) | 05/02/16 | K | | |
| 79. --Vanguard Index FDS Vanguard total STK | B | Dividend | L | T | Buy | 01/08/16 | J | | |
| 80. | | | | | Buy (add'l) | 03/03/16 | J | | |
| 81. | | | | | Buy (add'l) | 04/01/16 | J | | |
| 82. | | | | | Buy (add'l) | 05/02/16 | J | | |
| 83. --Bank of China (cash) X | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 03/06/2017 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

.Part II, P. 1 line 1-Firm has advised pay out may not be completed in five (5) years due to firm's financial position.

Part II, P. 1 line 2-Firm has advised that deferred salary will not be paid over two (2) years and may not be paid at all due to firm's financial position.

Part II, P. 1 line 3-Stock was redeemed in September 2015 and this item will not appear in future reports.

Part VII, P. 4 line 1-Stock was redeemed for its value in accordance with the Shareholder Agreement. There was no gain. The stock will not appear in future reports.

| Name of Person Reporting | Date of Report |
|---|---|
| Lastreto II, Rene | 03/06/2017 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Rene Lastreto II**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544